UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorneys for Debtor

Order Filed on February 27, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Napoleon Acosta

Case No.:     17-25849-SLM)

Chapter:      13

Judge:        Stacey L Meisel

### AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 27, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____2,234.50_____ for services rendered and expenses in the amount of $_____13.59_____ for a total of $_____2,248.09_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for __n/a____ months to allow for payment of the above fee.

\* Compensation to be paid from funds already paid into the Chapter 13 Plan and presently held by the Chapter 13 Trustee.

*rev.8/1/15*

2